## 13601.  SWANN *v.* THE STATE.

PER CURIAM.  The evidence authorized the defendant's conviction.  The only special ground of the motion for a new trial is based upon alleged newly discovered evidence, the material part of which was hearsay and inadmissible; and, moreover, this alleged evidence is not such as would likely cause a different result should a new trial be granted.  The court therefore did not err in overruling the motion for a new trial.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.  Luke, J., dissents.*

> DECIDED JULY 12, 1922.

Indictment for possession of liquor; from Gwinnett superior court — Judge Fortson.  April 19, 1922.

*W. L. Nix,* for plaintiff in error.

*W. O. Dean, solicitor-general,* contra.

Luke, J., dissenting. The evidence relied upon to convict the defendant being weak and unsatisfactory; and the alleged newly discovered evidence being, in my opinion, admissible and such as would probably produce a different result upon another trial, I think that a new trial should be granted.